The People of the State of New York, Respondent, v. Mock Duck, Appellant.— Judgment and order affirmed. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin; Clarke and Dowling, JJ.

The People of the State of New York, Respondent, v. Louis Kempner and Others, Appellants.— Judgment affirmed. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Thomas Sealy, Respondent, v. Clarence Foote, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ. (Ingraham, P. J., and Laughlin, J., dissented.)

Lillian P. Dale, Appellant, v. Francis C. Dale, Respondent.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Annie C. Mingey, Appellant, v. Walter A. Place, Individually and as Executor, etc., of Mary E. P. Place, Deceased, Appellant, Impleaded with Priscilla T. P. Starin and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Richard J. Donovan, Respondent, v. United Fruit Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, on *Rubin* v. *Cohen* (129 App. Div. 395) and *Syme* v. *Terry & Tench Co.* (125 id. 610). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

The Northern Bank of New York, Respondent, v. Louis C. Neuberger, Appellant, Impleaded with Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment by deducting from the recovery the sum of sixty dollars, with interest from the date of the maturity of the note; in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Jacob Mayer, Respondent, v. Ada Louise Heinze, Appellant. Jacob Mayer, Respondent, v. Ruth Noyes Heinze, Appellant.— Judgments and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Van Beuren and New York Billposting Company, Respondent, v. C. J. Sullivan Advertising Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Lillian Volck, Respondent, v. Adelbert Volck, Appellant.— Order reversed and motion denied on *Lake* v. *Lake* (194 N. Y. 179). Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Herbert Lucas, Respondent, v. 535 Park Avenue, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

*Max Berger*, Appellant, v. Great Eastern Casualty Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.